**Dismissed and Memorandum Opinion filed November 1, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00575-CV

_____

**EUNICE H. KIM, Appellant**

**V.**

**CACH, LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 971805**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed June 15, 2011.   The clerk's record was filed July 8, 2011.   No reporter's record or brief was filed.

On September 13, 2011, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before October 7, 2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.